IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL COLLINS, CARL HARRISON, and ROSALIND HARRISON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  No. 04-2803 Ml/P |
| SHELBY COUNTY, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO CONTINUE TRIAL AND TO EXTEND CERTAIN PRETRIAL DATES

Before the Court is Defendant Shelby County's Motion to Continue Trial and to Extend Certain Pretrial Dates, filed May 11, 2005. For good cause shown, the motion is GRANTED.

All discovery in this case shall be completed by November 28, 2005. Additionally, the Court hereby sets the following trial schedule in this case:

Trial: Monday, February 27, 2006, at 9:30 a.m.

Pretrial Conference: Thursday, February 16, 2006, at 8:45 a.m.

Pretrial Order: Thursday, February 9, 2006, by 4:30 p.m.

So ORDERED this 8th day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02803 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 825
Memphis, TN 38112--441

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Honorable Jon McCalla
US DISTRICT COURT