IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL COLLINS, ET AL.                                       PLAINTIFFS

VERSUS                                                         NO. 04-2803-M-P

SHELBY COUNTY                                                 DEFENDANT

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Nov. 30, 2005

## MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs, by and through counsel, and submit their Motion for Extension of Time. For cause the Plaintiff shows the court as follows:

1. The Plaintiffs' counsel has been out of the office a great deal having been involved in various depositions, and hearings, and anticipates continued depositions, hearings and trials during the next month.

2. The Plaintiffs' counsel has been unable to review all of the authorities and complete all of the necessary research for a proper and complete presentation of this case to the Court.

3. The Plaintiffs request an extension of time until December 19, 2005 to serve their response to the Defendant's Motion for Summary Judgment.

4. This motion is not being submitted for purposes of delay or harassment but to further the ends of justice.

5. The Defendant will not be prejudiced by the Court granting this requested extension of time.

6. Counsel for the Plaintiffs has contacted and consulted with counsel for the Defendant and has been advised that there is no objection to this requested extension of time.

7. Because this motion is self-explanatory, the Plaintiffs request to be relieved from the obligation of filing a supporting memorandum pursuant to LR 7.2(a)(1)

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request that this Court sustain this Motion for Extension of Time, and allow them until December 19, 2005, to serve their response to the Defendant's Motion for Summary Judgment.

Respectfully submitted, this the 21st day of November, 2005.

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
Post Office Box 7117
Tupelo, MS 38802-7117
662.840.0270
662.840.1047 (Fax)
fleitasv@bellsouth.net (E-mail)

Attorney for Plaintiffs

2

## CERTIFICATE OF CONSULTATION

I, Victor I. Fleitas, attorney for the Plaintiffs, do hereby certify that I have consulted with G. Hite McLean, Jr., Esq., attorney for the Defendant, who stated he had no objection to the relief requested in this motion.

_____
VICTOR I. FLEITAS

## CERTIFICATE OF SERVICE

I, Victor I. Fleitas, attorney for the Plaintiffs, do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing to the following:

G. Hite McLean, Jr., Esq.
Attorney at Law
2670 Union Avenue Extended, Suite 1228
Memphis, TN 38112

This the 21st day of November, 2005.

_____
VICTOR I. FLEITAS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02803 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Honorable Jon McCalla
US DISTRICT COURT